# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Angel Michelle Locklear                        Docket No. 5:10-CR-260-1H

### Petition for Action on Supervised Release

COMES NOW Matthew Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Angel Michelle Locklear, who, upon an earlier plea of guilty to Larceny of Public Property and Aiding and Abetting in violation of 18 U.S.C. §§ 641 and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 14, 2010, to the custody of the Bureau of Prisons for a term of 6 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall abide by all conditions and terms of the home incarceration program for a period not to exceed 180 consecutive days. The defendant shall be restricted to her residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall submit to financial or consumer credit counseling as directed by the probation office.

4. The defendant shall not go on or enter the Fort Bragg Military Reservation or Pope Air Force Base during the probationary term.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Angel Michelle Locklear was released from custody on August 30, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Locklear is currently on home incarceration. The current court ordered condition does not allow for leave except for medical needs, religious services, and approved court appearances. Additionally, Ms. Locklear was ordered to pay restitution in the amount of $92,619.49. Based upon this, it is believed that it would be in the best interest of the government if Ms. Locklear were employed and began paying her restitution. It is therefore recommended that the home incarceration special condition be modified to allow her to seek employment and be gainfully employed.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows: The home incarceration condition originally imposed is hereby stricken and the following condition is imposed:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 180 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, medical needs and treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Matthew Smith |
| Robert K. Britt | Matthew Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: September 9, 2011 |

**ORDER OF COURT**

Considered and ordered this 12th day of Sept, 2011, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge